Warren H. Lipschitz (*pro hac vice to be filed*)
wlipschitz@mckoolsmith.com
Alexandra F. Easley (*pro hac vice to be filed*)
aeasley@mckoolsmith.com
Erik Fountain (*pro hac vice to be filed*)
efountain@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Ct. Ste. 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

R. Mitch Verboncoeur (*pro hac vice to be filed*)
mverboncoeur@mckoolsmith.com
Joshua Budwin (*pro hac vice to be filed*)
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado St Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Josh Newcomer (*pro hac vice to be filed*)
jnewcomer@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis St., Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Alan P. Block (CA SBN 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

***Attorneys for Plaintiff***
***Nokia Technologies Oy***

1

**RULE 7.1 DISCLOSURE STATEMENT**

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,** | **Civil Action No. 2:25-cv-3053** |
| **Plaintiff,** | **RULE 7.1 DISCLOSURE STATEMENT** |
| **v.** | |
| **ASUSTEK COMPUTER INC., ASUS GLOBAL PTE LTD., AND ASUS COMPUTER INTERNATIONAL,** | |
| **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Nokia Technologies OY states that it is a privately-held company organized under the laws of Finland. Nokia Technologies OY further states that it is solely owned by its parent corporation, Nokia Corporation. No other publicly-held corporation or publicly-held entity has a direct financial interest in the outcome of the litigation.

McKool Smith, P.C.

1  Dated:                                      /s/ Alan P. Block

2                                              Alan P. Block (CA SBN 143783)
                                               ablock@mckoolsmith.com
3                                              MCKOOL SMITH, P.C.
4                                              300 South Grand Avenue, Suite 2900
                                               Los Angeles, CA 90071
5                                              Telephone: (213) 694-1200
6                                              Facsimile: (213) 694-1234

7                                              Warren H. Lipschitz
8                                              wlipschitz@mckoolsmith.com
                                               Alexandra F. Easley
9                                              aeasley@mckoolsmith.com
                                               Erik Fountain
10                                             efountain@mckoolsmith.com
11                                             MCKOOL SMITH, P.C.
12                                             300 Crescent Ct. Ste. 1200
                                               Dallas, TX 75224
13                                             Telephone: (214) 978-4000
14                                             Facsimile: (214-978-4044

15                                             R. Mitch Verboncoeur
16                                             mverboncoeur@mckoolsmith.com
                                               Joshua Budwin
17                                             jbudwin@mckoolsmith.com
18                                             MCKOOL SMITH, P.C.
19                                             303 Colorado St Suite 2100
                                               Austin, TX 78701
20                                             Telephone: (512) 692-8700
                                               Facsimile: (512) 692-8744
21

22                                             Josh Newcomer
23                                             jnewcomer@mckoolsmith.com
                                               MCKOOL SMITH, P.C.
24                                             600 Travis St., Suite 7000
                                               Houston, Texas 77002
25                                             Telephone: (713) 485-7300
26                                             Facsimile: (713) 485-7344

27                                             *Attorneys for Plaintiff*
                                               *Nokia Technologies Oy*
28

**RULE 7.1 DISCLOSURE STATEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McKool Smith, P.C.

**RULE 7.1 DISCLOSURE STATEMENT**