UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ASUS GLOBAL PTE LTD., AND ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No. 2:25-cv-03053-SPG-AJR<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PENDING UNITED STATES INTERNATIONAL TRADE COMMISSION ("ITC") PROCEEDINGS [ECF NO. 39]** |

On June 11, 2025, Defendants filed their Unopposed Motion to Stay Pending United States International Trade Commission ("ITC") Proceedings (ECF No. 39 ("Motion")). The Motion asserts that four days after filing the Complaint in this matter, Plaintiff filed a Complaint before the ITC alleging that two of the Defendants have infringed four of the five patents asserted in this present case, thereby violating Section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337. *See* (ECF No. 39-1 at 3). After Plaintiff filed its ITC Complaint, ITC began an investigation in *In The Matter of Certain Video-Capable Laptop, Desktop Computers, Handheld Computers, Tablets, Televisions, Projectors, and Components and Modules Thereof*, Inv. No. 337-TA-1448 (the "1448 Investigation"). *See generally* (ECF Nos. 39-3, 39-4).

Therefore, pursuant to 28 U.S.C. § 1659, Defendants request a mandatory stay of Counts I through IV in Plaintiff's Complaint. *See* (ECF No. 39-1 at 5). Defendants further request a discretionary stay of remaining Counts V through VII based on lack of prejudice or tactical disadvantage to Plaintiff, the likelihood that a stay pending resolution of the 1448 Investigation will simplify the issues in this case, and the early stage of this case—*i.e.*, discovery is not yet complete, and a trial date has not been set. *See* (*id.* at 5–7).

The Court, having considered Defendants' Unopposed Motion to Stay Pending ITC Proceedings and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Counts I through VII are stayed pending final resolution of the 1448 Investigation, including any and all appeals;

2. The parties shall jointly advise the Court of the final decision in the 1448 Investigation no later than fourteen (14) days after the 1448 Investigation becomes final; and

3. The parties shall file a quarterly joint status report beginning on October 23, 2025, apprising the Court about the progress of the 1448 Investigation.

**IT IS SO ORDERED.**

Dated: July 31, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE